EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* VENANCIO PAGÁN, acusado y apelante.

No. 3387.—*Visto:* Diciembre 20, 1927. *Resuelto:* Diciembre 22, 1927.

DERECHO PENAL—FECHA Y SUSPENSIÓN DEL JUICIO—TARDANZA EN CELEBRAR EL JUICIO O PRESENTAR LA ACUSACIÓN—EN GENERAL.—Cuando un caso es llevado a juicio dentro de los 120 días siguientes a una suspensión concedida por motivos aparentemente satisfactorios aducidos por el fiscal y después de

otra anterior concedida al acusado, en ausencia de indicación de que la suspensión del fiscal fué arbitraria o sin fundamento, es suficiente para satisfacer los requisitos estatutorios en cuanto a lo que constituye un juicio rápido.

SENTENCIA de *Luis Samalea, J.* (Arecibo), condenando al acusado por delito de violación. *Confirmada.*

*E. Martínez Avilés,* abogado del apelante; *José E. Figueras,* abogado de *El Pueblo,* apelado.

EL JUEZ ASOCIADO SEÑOR HUTCHISON, emitió la opinión del tribunal.

El apelante fué convicto de un delito de violación y se queja de que la corte inferior erró al desestimar una moción de sobreseimiento presentada por el acusado al comenzar el juicio y basada en el fundamento de que habían transcurrido más de ciento veinte días desde la radicación de la acusación hasta la fecha en que se llamó el caso para juicio.

El fiscal de distrito llamó la atención de la corte a los autos y a una moción de suspensión presentada por el acusado, la cual fué ofrecida como prueba, así como a una suspensión posterior obtenida por el fiscal debido a la ausencia de un testigo esencial. El abogado del acusado se conformó con indicar que el acusado se había opuesto a la segunda suspensión. La única cuestión levantada en el alegato del apelante respecto a este aspecto del caso parece envolver la proposición de que el tiempo dentro del cual el acusado debió haber sido enjuiciado debe contarse desde la fecha de la primera suspensión obtenida por el acusado, no obstante la circunstancia de una segunda suspensión e independientemente de la suficiencia de los motivos por los cuales fué concedida. Pero no se cita autoridad alguna en apoyo de esa contención y la argumentación en el alegato del apelante no arroja ninguna base satisfactoria para la teoría que así se sugiere. El caso fué llevado a juicio dentro de ciento veinte días después de haberse concedido una suspensión por virtud de un fundamento aparentemente satisfactorio, aducido por el fiscal de distrito, que siguió a una suspensión anterior concedida a instancias del mismo acusado,

y en ausencia de indicación alguna al efecto de que la segunda suspensión era en realidad arbitraria o carecía de fundamento, esto es suficiente para satisfacer los requisitos estatutorios en cuanto a lo que constituye un juicio rápido a que tiene derecho el acusado.

La otra contención del apelante al efecto de que el veredicto del jurado es contrario a la prueba, en verdad carece de suficiente fundamento para justificar una seria discusión de sus méritos.

*Debe confirmarse la sentencia apelada.*